NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Decided June 30, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the orders appealed from do not

finally determine the action within the meaning of the Constitution.